JOHN DOE, *ex dem.* PELETIAH SERGEANT,
Reviewer,
*against*
EPHRAIM ADAMS, Tenant, Reviewee.

EJECTMENT. In the trial of the issue to the Jury.

*Daniel Buck*, for defendant, offered to read the deposition of *Lemuel Sergeant*, which had been used in a former trial of this cause in this Court.

> If the deponent is personally present in Court, his deposition cannot be read.

*Amasa Paine*, for plaintiff, objected to the deposition being now read, stating that the deponent was personally in Court.

*Buck* insisted that the deposition should be read, and observed, that the deponent, when the deposition was taken, was beyond the process of the Court. His client had failed in repeated endeavours to persuade

Doe
v.
Adams.

him to appear personally in Court. That he was now brought by the plaintiff upon an insidious design to compel his client, the defendant, to produce him as a witness, and thus preclude him from impeaching his testimony.

*Sed per Curiam.* If the deponent is in Court, his deposition cannot be read. Let the witness be sworn.

*Amasa Paine*, for plaintiff.
*Daniel Buck*, for defendant.